UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL WINTERS,

                Plaintiff,

-against-

THE STATE OF NEW YORK; GOVERNOR ANDREW CUOMO,

                Defendants.

20-CV-8128 (LLS)

ORDER OF DISMISSAL

---

LOUIS L. STANTON, United States District Judge:

      By order dated November 9, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 9, 2021
            New York, New York

                                                                                  LOUIS L. STANTON
                                                                               U.S.D.J.