UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL WINTERS,<br><br>                Plaintiff,<br><br>-against-<br><br>THE STATE OF NEW YORK; GOVERNOR ANDREW CUOMO,<br><br>                Defendants. | 20-CV-8128 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 9, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 9, 2021
          New York, New York

                                          *Louis L. Stanton*
                                          LOUIS L. STANTON
                                               U.S.D.J.